IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |  |
|---|---|---|
| RICARDO BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:09cv599 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER

This matter is before the Court to consider Plaintiff's objections to the Report and Recommendation ("R&R") entered by the Honorable Dennis W. Dohnal, United States Magistrate Judge, on April 26, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), affirming the decision of the Administrative Law Judge ("ALJ") that Plaintiff is not disabled. When a party files objections to a magistrate judge's R&R, the Court considers de novo those portions of the R&R to which an objection has been made. 28 U.S.C. § 636(b)(1)(C).

Having considered the R&R, the entire record, and the objections and arguments of counsel, the Court observes that Plaintiff has made no new argument for the Court's consideration that has not already been considered and properly addressed by the Magistrate Judge in the R&R. In fact, Plaintiff's objections amount to little more than six, one-sentence conclusions without any supporting analysis.

Inasmuch as Plaintiff has raised no new argument concerning the recommendations of the Magistrate Judge, and the Court perceives no error, it is ordered that Plaintiff's objections to

the R&R are OVERRULED; the R&R is ACCEPTED and ADOPTED; the Plaintiff's Motion for Summary Judgment (Document No. 5) is DENIED; the Defendant's Motion for Summary Judgment (Document No. 9) is GRANTED; and the decision of the Commissioner is AFFIRMED.

Let the Clerk file this Final Order electronically and notify counsel of record accordingly.

It is so ORDERED.

                                                  /s/
                                    Richard L. Williams
                                    Senior United States District Judge

Richmond, Virginia
Dated: June 3, 2010